UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DEREK FRANK LATIMER,                    )  Case No. 05-CV-2090-JM (JMA)
                                        )
                    Plaintiff,          )  **ORDER DENYING PLAINTIFF'S**
                                        )  **"PLEADING MOTION TO IDENTIFY**
v.                                      )  **UNKNOWN DEFENDANTS" [Doc. No.**
                                        )  **13]**
WILLIAM B. KOLENDER, et al.,            )
                                        )
                    Defendants.         )
                                        )
_____   )

    Plaintiff Derek Frank Latimer,, a state prisoner proceeding

<u>pro</u> <u>se</u> and <u>in</u> <u>forma</u> <u>pauperis</u>, filed an Amended Complaint pursuant

to 42 U.S.C. § 1983 on March 2, 2006.  [Doc. No. 4.]  Plaintiff

recently filed a "Pleading Motion to Identify Unknown Defendants"

[Doc. No. 13], in which he makes the following three (3)

requests:

        1.   That the Court assist him in obtaining duty rosters and

             personnel records related to the dates and times he was

             incarcerated at the San Diego, Downtown Central, and

             George Bailey Detention Facilities, for the purpose of

             identifying unknown defendants;

2.    That the Court supply him with a copy of the Local
      Civil Rules of Practice for the United States District
      Court for the Southern District of California; and

3.    That the Court grant him "Priority" status so that the
      prison in which he is currently incarcerated will
      permit him: (a) additional time in the prison law
      library, (b) access to obtain photocopies, and (c) use
      of prison typewriters.

For the reasons set forth below, Plaintiff's requests, and
the motion as a whole, are **DENIED**.

**I.   Request for Assistance in Identifying Unknown Defendants**

Plaintiff's first request essentially seeks the Court's help
in obtaining discovery related to the identification of other
potential defendants.  Plaintiff, however, has made no showing
that a court order is needed in order for him to obtain the
discovery he seeks.  Plaintiff is directed to review the
discovery rules contained within the Federal Rules of Civil
Procedure.  <u>See</u> Fed. R. Civ. P. 26-37.  If, after serving proper
discovery requests pursuant to the Federal Rules, Plaintiff is
unsuccessful in obtaining the discovery he seeks, he may
thereafter move the court to compel discovery in accordance with
Fed. R. Civ. P. 37(a).  Plaintiff's request is therefore **DENIED**
**without prejudice.**

**II.  Request for a Copy of the Local Rules**

Plaintiff's second request seeks a copy of the Local Civil
Rules of Practice for the United States District Court for the
Southern District of California.  Civil Rule 1.2(a) states in
part: "[t]he clerk shall make copies of these rules available ...

2

upon payment of a nominal charge ... ."  The current charge for a
copy of the Local Rules is $3.00.  Plaintiff may send a request
and payment directly to the Clerk of Court, United States
District Court for the Southern District of California, to
receive a copy of the Local Rules.  Plaintiff's request herein is
therefore **DENIED**.

**III. "Priority" Status**

Plaintiff's third request seeks "something in writing with
the Court's official seal in order to have 'priority' law library
status, get photocopies, and use of a typewriter."  Plaintiff,
however, has made no showing that a court order designating him
as having "priority" status is needed in order for him to
prosecute his case at this juncture.  See Lewis v. Casey, 518
U.S. 343, 354 (1996)(prison officials required only to provide
materials to ensure meaningful access – the ability to present a
claim – to the courts).  Plaintiff's request is therefore **DENIED
without prejudice.**

IT IS SO ORDERED.

DATED:  September 20, 2006

Jan M. Adler
U.S. Magistrate Judge

3                                        05-cv-2090 JM (JMA)