1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11   DEREK FRANK LATIMER,              )   Case No. 05-CV-2090-JM (JMA)
                                       )
12             Plaintiff,              )   **ORDER DENYING PLAINTIFF'S**
                                       )   **REQUEST TO FURTHER EXTEND THE**
13   v.                                )   **PRETRIAL SCHEDULE**
                                       )
14   WILLIAM B. KOLENDER, et al.,      )
                                       )
15             Defendants.             )
                                       )
16   _____  )

17

18        On March 15, 2007, Plaintiff filed a "Motion Request to

19   Extend Pretrial Schedule Dates by 90 Days" (the "Motion").  [Doc.

20   # 30.]  (Plaintiff signed and dated the Motion on February 5,

21   2007, but it was initially rejected by the Court for lacking

22   proof of service on Defendants.  [Doc. # 28.])  On February 1,

23   2007, after conducting a telephonic Case Management Conference

24   with the parties, the Court issued an Amended Case Management

25   Conference Order, extending the pretrial schedule by 90 days, as

26   Plaintiff requests in the Motion.  It is extremely likely that

27   Plaintiff had not received the Court's Amended Case Management

28   Conference Order when he originally signed and dated the Motion

2 of 2

on February 5, 2007.

Because it appears that the Court has already granted the relief Plaintiff seeks in the Motion, the Motion is **DENIED AS MOOT**.  No further extensions of the pretrial schedule will be permitted without a substantial showing of good cause.

The Court admonishes Plaintiff that it has already granted Defendants' motion to take Plaintiff's deposition [Doc. # 24]. Plaintiff shall appear for and permit Defendants to take his deposition, upon reasonable notice by Defendants, not later than June 1, 2007.  Plaintiff is further admonished that, if he is "having a dispute" with counsel for Defendants regarding discovery matters, he consult the Federal Rules of Civil Procedure and proceed accordingly without delay.

**IT IS SO ORDERED.**

DATED:  March 20, 2007

Jan M. Adler
U.S. Magistrate Judge

2                                            05cv2090JM(JMA)