# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK FRANK LATIMER,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>WILLIAM B. KOLENDER and<br>THE COUNTY OF SAN DIEGO,<br><br>　　　　　　　　　　Defendants. | CASE NO. 05cv2090 JM((JMA)<br><br>**ORDER DENYING REQUEST TO ORDER SERVICE BY U.S. MARSHAL; GRANTING LEAVE TO AMEND** |

Plaintiff moves for an order instructing the U.S. Marshal to effectuate service on the twenty Doe defendants identified in the motion. In order to serve the Doe defendants, Plaintiff must first amend the complaint to name the known defendants. Consequently, the court construes the present motion as a motion to amend the complaint. So construed, the court grants Plaintiff twenty-five (25) days leave to amend the complaint from the date of entry of this order to identify the Doe defendants in an amended complaint. Upon the filing of an amended complaint naming the Doe defendants, Plaintiff may renew his motion for service by the U.S. Marshal.

**IT IS SO ORDERED.**

DATED: May 29, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: All Parties