FILED

2007 AUG 23  PM 3: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ kp _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK FRANK LATIMER,<br><br>  Plaintiff,<br>vs.<br><br>WILLIAM B. KOLENDER, et al.,<br><br>  Defendant. | CASE NO. 05cv2090 JM(CAB)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |

On July 5, 2007 the court granted Plaintiff's first request for an extension of time to file an amended complaint. On or about July 24, 2007 the court received a second request for an additional extension of 90 days to file an amended complaint on the same ground that he has not had access to the law library because it remains closed during a move of the law library from one location to another. Plaintiff requests an additional 90 days to file an amended complaint. The court notes that this case is nearly 22 months old and little progress appears to have been accomplished in prosecuting this action. Plaintiff does not submit an affidavit in support of the allegation that the law library will be closed for up to 120 days or otherwise inform the court of the necessity for access to the law library to file an amended complaint. In light of the policy promoting the liberal amendment of pleadings, the court grants Plaintiff an extension of time until September 15, 2007 to file an amended complaint.

**IT IS SO ORDERED.**

DATED: ___8/23___, 2007

JEFFREY T. MILLER
United States District Judge

cc: All parties

- 1 -

05cv2090