# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK FRANK LATIMER,<br><br>                                  Plaintiff,<br>vs.<br><br>WILLIAM B. KOLENDER; COUNTY OF SAN DIEGO, et al.<br><br>                                  Defendants. | CASE NO. 05cv2090 JM(JMA)<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE; ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECTUATE SERVICE ON INDIVIDUALLY NAMED DEFENDANTS |

**Motion to Dismiss**

Defendants William B. Kolender ("Kolender") and the County of San Diego ("County") move to dismiss Plaintiff's Third Amended Complaint ("TAC") pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff opposes the motion. Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.   On June 3, 2008 the court granted Kolender's motion to dismiss on the ground that there is no supervisory liability under §1983 and County's motion to dismiss on the ground that Plaintiff failed to identify any policy, custom or practice to delay medical care. The court granted Plaintiff once last opportunity to amend the complaint. As in the Second Amended Complaint, Plaintiff makes generalized allegations that the 12 hour delay in seeing a physician, after first seeing a nurse practitioner upon his booking into the County jail, was due to budget cuts and under funding of medical facilities. As in the previous order, these generalized allegations fail to

1 establish either a Monell claim against County or supervisory liability against Kolender.
2 Consequently, the court grants the motion to dismiss. As there is no showing that Plaintiff's claim
3 arises above a speculative level, Bell Atlantic Corp v. Twombly, __550 U.S. __, 127 S.Ct. 1955
4 (2007) (the complaint's allegations must "plausibly suggest[]" that the pleader is entitled to relief);
5 Phillips v. County of Allegheny, 515 F.3d 224, 234 (3d Cir. 2008) (Twombly standard applies in cases
6 brought under 42 U.S.C. §1983), the court grants the motion to dismiss without leave to amend. As
7 Plaintiff has had four opportunities to state a claim against these defendants, the motion is grant
8 without leave to amend.

**Order To Show Cause**

Although not named as defendants, Plaintiff apparently seeks to join additional parties to this action: Dennis Runyen, Earl Goldstein, Beverly Orr, Kama Gulluma, Arun Swaminath, G. Garcia, Neath Sneathins, Balcita Abalcish, Joshua Lee, and James Adams (collectively "Defendants"). However, it does not appear that Plaintiff has yet to serve these Defendants or to name them as parties as required by Fed.R.Civ.P. 10. Consequently, Plaintiff is ordered to file a Fourth Amended Complaint naming these individuals as Defendants and to effectuate service within 45 days of entry of this order. In the event that Plaintiff fails to effectuate service within this time frame, Plaintiff must file a response with this court and show cause why the action should not be dismissed for the failure to effectuate timely service on these Defendants.

In sum, the motion to dismiss Kolender and County is granted with prejudice and without leave to amend. Plaintiff is also ordered to file a Fourth Amended Complaint and to effectuate service on additionally named Defendants within 45 days of entry of this order.

**IT IS SO ORDERED.**

DATED: October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:      All parties