# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

DEREK FRANK LATIMER,

V.

WILLIAM B. KOLENDER; COUNTY OF
SAN DIEGO, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    05cv2090-JM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the court grants summary judgment in favor of Defendant Orr and against Plaintiff Latimer. As all claims against all parties have now been adjudicated in favor of all Defendants and against Plaintiff...................
..................................................................................................................................................................

| May 11, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 11, 2010 |

05cv2090-JM(JMA)