AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DEREK FRANK LATIMER,
                    **V.**

WILLIAM B. KOLENDER; COUNTY
OF SAN DIEGO, et al

**AMENDED JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**05cv2090-JM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the court grants summary judgment in favor of Defendant Orr and against Plaintiff Latimer. As all claims against all parties have now been adjudicated in favor of all Defendants and against Plaintiff, the Clerk of Court is instructed to enter final judgment in the case and to close the file..................................................................

..................................................................................................................................................................

| May 12, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON May 12, 2010